1038

TERESA BOONE, *Respondent*, v. ROBERT B. OLSEN, M.D., ET AL., *Defendants*, DAVID A. CALOF, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 97-2-32225-1, Dean S. Lum, J., entered February 2, 1999. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. TROY ANDREW HOLLENBAUGH, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 96-1-50463-6, Dennis D. Yule, J., entered June 3, 1997. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

MOUNTAIN MEADOWS MINING CORPORATION, *Respondent*, v. EVELYN BOLT, *as Personal Representative*, ET AL., *Defendants*, DARRELL MONTGOMERY, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Stevens County, No. 94-2-00325-7, Larry M. Kristianson, J., entered October 30, 1997. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.

LOUISE F. QUANTZ, *as Personal Representative, Respondent*, v. PAULINE H. BISE, ET AL., *Defendants*, GERALD BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-05456-7, Robert D. Austin, J., entered November 14, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.